IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| DAVID SMILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-00001-LGW-BWC |
| | ) | |
| KYLE GRACIA and VICTOR RAMIREZ, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT AND CONSENT MOTION TO STAY ALL DEADLINES**

Plaintiff and Defendants, through their respective counsel of record, notify the Court that they have reached a settlement that fully resolves this matter. The Parties agree that the settlement obviates the need for Defendants to file a responsive pleading. However, the Parties are still working through the settlement process and expect to file a Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within 30 days of the date of this Notice. In the interest of judicial economy, the Parties request that the Court stay all deadlines in this case, including the deadlines for responsive pleadings and the Rule 26(f) Report, until such time as the parties are able to complete the settlement process and file their Stipulation.

Respectfully submitted this 26th day of March, 2026.

**/s/ AMELIA C. STEVENS**
PATRICK T. O'CONNOR
Georgia Bar No. 548425
pto@olivermaner.com
AMELIA C. STEVENS
Georgia Bar No. 758771
astevens@olivermaner.com
OLIVER MANER LLP
218 West State Street (31401)
Post Office Box 10186
Savannah, GA 31412
(912) 236-3311
*Counsel for Victor Ramirez*

**/s/ RICHARD K. STRICKLAND**
RICHARD K. STRICKLAND
Georgia Bar No. 687830
rstrickland@brbcsw.com
EMILY R. HANCOCK
Georgia Bar No. 115145
ehancock@brbcsw.com
BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND, & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544

*Counsel for Kyle Gracia*

**/s/ ROLAND MUMFORD**
ROLAND MUMFORD
Georgia Bar No. 817109
roland@mumfordlaw.net
roland@mumford.law
LAW OFFICES OF ROLAND MUMFORD
242 W Main Street, No. 223
Hendersonville, TN 37075
(615) 348-0070

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case by filing the same with the Court's e-filing system, which will automatically deliver a service copy to all counsel of record.

Respectfully submitted this 26th day of March, 2026.

**/s/ AMELIA C. STEVENS**

PATRICK T. O'CONNOR
Georgia Bar No. 548425
pto@olivermaner.com
AMELIA C. STEVENS
Georgia Bar No. 758771
astevens@olivermaner.com
OLIVER MANER LLP
218 West State Street (31401)
Post Office Box 10186
Savannah, GA 31412
(912) 236-3311
*Counsel for Victor Ramirez*